# United States Court of Appeals
### For the Eighth Circuit

_____

No. 26-1164
_____

United States of America

*Plaintiff - Appellee*

v.

Peter Gerald Blaha

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: July 10, 2026
Filed: July 15, 2026
[Unpublished]

_____

Before LOKEN, L.R. SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Peter Blaha appeals after the district court[1] revoked his supervised release. His counsel has moved for leave to withdraw and has filed a brief challenging the sentence as substantively unreasonable.

Having carefully reviewed the record, we conclude that Blaha's sentence was not unreasonable, as there is no indication that the district court failed to consider the relevant factors, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (revocation sentence may be unreasonable if district court fails to consider relevant factor, gives significant weight to improper factor, or commits clear error of judgment).

Accordingly, we affirm, and we grant counsel leave to withdraw.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.